IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

DANIEL LEE CAMERON, #1605333           §

VS.                                    §                    CIVIL ACTION NO. 4:12cv307

DIRECTOR, TDCJ-CID                     §

ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge

Don D. Bush, who issued a Report and Recommendation concluding that the petition should be

denied and dismissed with prejudice.  Petitioner filed objections.

The Report of the Magistrate Judge, which contains his proposed findings of fact and

recommendations for the disposition of such action, has been presented for consideration.  Having

made a *de novo* review of the objections raised by Petitioner to the Report, the Court is of the

opinion that the findings and conclusions of the Magistrate Judge are correct and the objections of

Petitioner are without merit.   Accordingly,  the Court hereby adopts the findings and conclusions

of the Magistrate Judge as the findings and conclusions of the Court.  It is

**ORDERED** that the petition for a writ of habeas corpus is **DENIED** and Petitioner's case

is **DISMISSED** with prejudice. It is further

**ORDERED** that a certificate of appealability is **DENIED** and all motions not previously

ruled on are hereby **DENIED**.

**SIGNED this the 28th day of March, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE